FILED

JAN 18 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 17-30003-NJR |
| | ) | |
| BRIAN BUSKE, | ) | 18 U.S.C. § 1343 |
| | ) | |
| Defendant. | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## Introduction to the Embezzlement and Theft from the Pontoon Beach Water District Utilizing Foreseeable Interstate Wire Transmission

1. **BRIAN BUSKE** was employed by the Pontoon Beach Water District from 2007 through June of 2016. In approximately May of 2014, **BUSKE** was promoted to the position of supervisor. As supervisor, **BUSKE** managed the daily operations of the company. **BUSKE** also handled the daily financial transactions of the company in that he issued checks to pay other companies for equipment or services rendered. He also issued the payroll checks to employees of the company and the trustees on the board. In addition to possessing control over the check writing process, **BUSKE** also possessed a Bank of America company credit card that was only to be used for legitimate Pontoon Beach Water District expenses. **BUSKE** paid the balance of the credit cards monthly using water district funds.

2. Pontoon Beach Water District customers would make payments electronically via automatic bill pay or by credit card, check or cash. Direct payments were supposed to be logged into the company's electronic records system. Cash and check payments were to be stored in a safe until the bank deposits could be made.

3. In early 2016, **BUSKE** was the only water district employee that made the bank deposits. Bank deposits were typically made every three days. In May of 2016 the Chairperson of the Pontoon Water District Board noticed that the District was a month behind in making the bank deposits. The missing deposits were not located within the safe.

4. On May 27, 2016, **BUSKE** was confronted about the missing funds. **BUSKE** then retrieved four deposit summaries with the corresponding checks and cash from his truck. Four additional deposits were found to be missing. **BUSKE** admitted to taking the money and later returned with $5323 in cash, the amount of money corresponding to the records of the missing deposits.

5. Further investigation revealed that records of the Pontoon Beach Water District had been falsified to cover up personal expenses that **BUSKE** made on the District's credit card. Check stubs were supposed to record the payment of legitimate District expenses, however some of the stubs falsified who the payee was to conceal personal expenses made by **BUSKE** that included the payment of an electric bill, insurance, cell phone bills and other personal expenses.

**COUNT 1: WIRE FRAUD**

1. Paragraphs 1 through 5 are realleged and incorporated herein.

2. From in or about May of 2014 and continuing through May of 2016, in Madison County, Illinois, within the Southern District of Illinois, and elsewhere,

**BRIAN BUSKE,**

defendant herein, did cause the foreseeable use of interstate wire communications in furtherance of a scheme to defraud and to obtain money and property by means of fraudulent representations.

**FORESEEABLE INTERSTATE WIRE TRANSMISSION: PAYMENT OF PERSONAL EXPENSES USING PUBLIC FUNDS**

3. On or about January 26, 2016, in Madison County, Illinois, within the Southern District of Illinois, and elsewhere,

**BRIAN BUSKE,**

defendant herein, did cause the foreseeable use of interstate wire communications in furtherance of a scheme to defraud and to obtain money and property by means of fraudulent representations by fraudulently using a Pontoon Beach Water District credit card to pay a personal cell phone bill, then creating a fictitious check stub reflecting the payment was for District supplies and then ultimately using funds of the Pontoon Beach Water District to pay the credit card bill for personal expenses.

All in violation of Title 18, United States Code, Section 1343.

DONALD S. BOYCE
United States Attorney

NORMAN R. SMITH
Assistant United States Attorney

Recommended bond: $10,000 unsecured

**A TRUE BILL**

[redacted]

**Foreperson**